# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR267 |
| vs. ) | |
| ) | ORDER |
| NICOLE L. HATTEN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and the referral of Judge Smith Camp on the defendant's renewed motion for issuance of third-party subpoenas *in forma pauperis* (#51). The court finds that the defendant has not met the requirements of NECrimR 17.2(b), as discussed in the court's prior order. Accordingly,

**IT IS ORDERED** that defendant's motion (#51) for issuance of third-party subpoenas duces tecum is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED January 25, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**