### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:09CR267 |
| | ) | |
| vs. | ) | **ORDER FOR ISSUANCE OF** |
| | ) | **SUBPOENAS DUCES TECUM** |
| **NICOLE L. HATTEN,** | ) | *IN FORMA PAUPERIS* |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court pursuant to 28 U.S.C. § 636 and the referral of Judge Smith Camp on the defendant's renewed motion (Filing 56) for issuance of three third-party subpoenas *in forma pauperis*.

The court finds that the defendant has fully complied with the requirements of NECrimR 17.2(b), the material sought is probably relevant and probably admissible, and the request is sufficiently specific. Pursuant to Fed. R. Crim. P. 17(c),

**IT IS ORDERED** that the defendant's Motion (Filing 56) is granted, as follows:

1. The Clerk of the Court shall issue the subpoenas identified in the defendant's Motion, as directed by the defendant.

2. Said subpoenas shall be served by private process server.

3. All associated costs, witness fees, travel expenses, and subsistence, if any, shall be paid by the United States.

**DATED January 28, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**