FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 30 2010

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR267 |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ISSUANCE OF A** |
| | ) | **SUBPOENA DUCES TECUM** *IN* |
| v. | ) | ***FORMA PAUPERIS*** |
| | ) | |
| NICOLE L. HATTEN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 30th day of March, 2010, on the Motion of the Defendant for an order allowing the issuance of a Subpoena Duces Tecum *In Forma Pauperis* (filing 66 ), pursuant to FED. R. CRIM. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue a subpoena as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, witness fees, travel expenses, and subsistence, if any, should be paid by the United States. Said subpoena shall be served by private process server.

BY THE COURT:

Date: 3/30/10

HON. F. A. GOSSETT
United States Magistrate Judge

1 copy to FPD   Subpoena issued 3/30/10.