IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR267 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE L. HATTEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the Government's oral motion to continue trial at the motion hearing held on April 22, 2010. The Court held in abeyance ruling on the oral motion as the Defendant was not present at the hearing. The Defendant was consulted by counsel after the hearing.

IT IS ORDERED:

1) The Government's oral motion to continue the trial until the Court has ruled on the Government's Motion in limine, Filing 94, is granted;

2) The trial in this matter is continued until further order of this Court. The time between April 22, 2010 and the next trial setting is excludable under the speedy trial act pursuant to 3161(h)(1)(D), 7(A) & (B)(i)(ii), (iv) .

DATED this 26nd day of April, 2010.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge