IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR267 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NICOLE L. HATTEN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 223). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 194), as well as the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 219)[1] without prejudice against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion for Dismissal of Petition for Offender under Supervision (Filing No. 223) is granted;

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing No. 194) and the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 219) are dismissed without prejudice;

3. The hearing scheduled for November 19, 2015, is cancelled; and

4. The defendant's previous imposed conditions of her supervision remain in effect, and that she continue on with the remaining term of her supervised release.

DATED this 18th day of November, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

[1] The Court confirmed with the Assistant United States Attorney assigned to the case that the government's motion is for both Filing No. 194 and Filing No. 219.